In the Matter of the Application of EDWARD F. BRUSH, Respondent and Appellant, for a Recount of the Ballots Cast for the Office of Mayor of the City of Mount Vernon.

EDWIN W. FISKE, Appellant and Respondent.

(Argued June 12, 1902; decided June 27, 1902.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 31, 1902, which modified, and affirmed as modified, an order of Special Term upon a judicial investigation of void and protested ballots cast for the office of mayor of the city of Mount Vernon.

*William N. Dykman*, *William A. Ferguson* and *Charles W. Sinnott* for Edwin W. Fiske, appellant and respondent.

*Roger M. Sherman* for Edward F. Brush, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.